IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-00752 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| BASIC RESET and BIOGENYX, *sole* ) | MAGISTRATE JUDGE HOLMES |
| *proprietorship*, and FRED R. ) | |
| KAUFMAN III, and KIMBERLY ) | |
| KAUFMAN, *individuals*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appears to the Court that all claims in this matter have been resolved by the Consent Decree of Permanent Injunction entered on September 3, 2019 (Doc. No. 6). The Order for Permanent Injunction, (Doc. No. 6), shall constitute the final judgment in this case for purposes of Fed. R. Civ. P. 58. This Court shall retain jurisdiction of this action for purposes of enforcing the Permanent Injunction.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE