# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

United States of America

                Plaintiff,

v.                              Case No.: 3:19−cv−00752

Basic Reset, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/11/2019 re [6], [7].

                                                      Kirk L. Davies
                                    s/ Alia D. Morgan, Deputy Clerk